# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2011

143339 & (52)(53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

TED ALLEN ANDERSON,
          Defendant-Appellant.

_____/

SC: 143339
COA: 300641
Kalamazoo CC: 2010-000024-FH

On order of the Court, the motion for immediate consideration and motion to enforce stay are GRANTED. The proceedings in the Kalamazoo Circuit Court are stayed pending completion of this appeal. The application for leave to appeal the June 7, 2011 judgment of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2011

_____
Clerk

h0823